IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH
rfiem131@comcast.net                                    Magistrate No. 23-665
THAT IS STORED AT PREMISES
CONTROLLED BY COMCAST
CORPORATION

MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and William B. Guappone, Assistant United States Attorney for said district, and sets forth the following:

On May 4, 2023, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending a search of the above-captioned account. An Indictment has subsequently been returned based on facts related to this investigation, which Indictment has been unsealed.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By:    */s/ William B. Guappone*
       WILLIAM B GUAPPONE
       Assistant U.S. Attorney
       NC ID No. 46075